Case 7:21-mj-01919 Document 1 Filed on 09/04/21 in TXSD Page 1 of 1

United States Courts
Southern District of Texas
FILED
September 04, 2021
Nathan Ochsner, Clerk of Court

AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

__SOUTHERN__  DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Ingris Faviola Midence-Irias

## CRIMINAL COMPLAINT

Case Number: M-21-1919-M

IAE  YOB: 1987
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 2, 2021__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near McAllen, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Ingris Faviola Midence-Irias was encountered by Border Patrol Agents near McAllen, Texas on September 2, 2021. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 2, 2021, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on February 1, 2016, through Miami, Florida. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On July 24, 2012, the defendant was convicted of Aggravated Battery on a Law Enforcement Officer with a Deadly Weapon and sentenced to fifty-one (51) months and twenty-two (22) days confinement.

☐ Yes  ☒ No

Complaint authorized by AUSA D. Walker

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

September 4, 2021 at 10:13 a.m.

J. Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Jose Delgado
Signature of Complainant

Jose Delgado   Border Patrol Agent

Signature of Judicial Officer